■ DAVID RAMSEY, Respondent, v CHATWELL ASSOCIATES, INC., Appellant. [703 NYS2d 432] —Order, Supreme Court, Bronx County (Michael DeMarco, J.), entered August 24, 1998, unanimously affirmed for the reasons stated by DeMarco, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Nardelli, Ellerin, Saxe and Buckley, JJ.

■ MILLICENT KNIGHT, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [700 NYS2d 686] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered October 16, 1998, which, in an action for personal injuries sustained in a slip and fall on a stairway in defendant's subway station, granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

No issue of fact has been sufficiently raised as to whether defendant had notice of a piece of debris that allegedly caused plaintiff to fall down the stairway (*see, Gordon v American Museum of Natural History,* 67 NY2d 836, 837-838). Nor does plaintiff show a substantial likelihood that information material and necessary to the issue of constructive notice will be provided by any discovery still outstanding (*see, Zollner v City of New York,* 204 AD2d 626, 627). Concur—Rosenberger, J. P., Nardelli, Ellerin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY FOSTER, Appellant. [700 NYS2d 689] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered July 6, 1998, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 12 years, unanimously affirmed.

Defendant's motion to dismiss the indictment pursuant to CPL 190.50 (5) (c) was properly denied since he failed to provide notice in accordance with CPL 190.50 (5) (a).

The verdict was not against the weight of the evidence (*People v Bleakley,* 69 NY2d 490). We see no reason to disturb the jury's determinations as to the credibility of witnesses. Concur—Rosenberger, J. P., Nardelli, Ellerin, Saxe and Buckley, JJ.